MARTIN J. HOFFMAN, as Administrator of the Estate of HARVEY J. HOFFMAN, Deceased, Respondent, *v.* BOSTON AND MAINE RAILROAD, Appellant.

MARTIN J. HOFFMAN, as Administrator of the Estate of ELLEN M. HOFFMAN, Deceased, Respondent, *v.* BOSTON AND MAINE RAILROAD, Appellant.

Argued December 9, 1941; decided January 8, 1942.

*Charles E. Nichols* for appellant.

*John F. Doyle* for respondent.

Judgments affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.